# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN THE INTEREST OF: R.W., A MINOR | : | No. 355 WAL 2017 |
| | : | |
| | : | |
| PETITION OF: WESTMORELAND | : | Petition for Allowance of Appeal from |
| COUNTY CHILDREN'S BUREAU | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 2nd day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.